ACCEPTED
15-25-00146-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/5/2025 5:49 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00146-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/5/2025 5:49:03 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT OF TEXAS
AUSTIN, TEXAS

BUC-EE'S, LTD.,

*Appellant,*

v.

HEAD COUNTRY, LLC,

*Appellee.*

Interlocutory Appeal from the Business Court of the State of Texas
Eleventh Division; Trial Court Cause No. 25-B11A-0028

## MOTION TO DISMISS INTERLOCUTORY APPEAL

TO THE HONORABLE COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 42.1(a)(1), Appellant Buc-ee's, Ltd. moves to dismiss this interlocutory appeal.

1. Appellant filed its Notice of Interlocutory Appeal seeking review of the trial court's order denying its request for a temporary injunction. Its brief would be due today, November 5, 2025.

2. Appellant has amended its Petition and no longer desires to appeal from the trial court's prior order. Accordingly, Appellant asks this Court to dismiss the interlocutory appeal.

3.     Appellee has not sought relief, so dismissal would not prevent Appellee from seeking relief to which it would otherwise be entitled. *See* TEX. R. APP. P. 42.1(a)(1).

4.     This Court has not issued any opinion. *See* TEX. R. APP. P. 42.1(c).

5.     Appellant incurred the only costs associated with this interlocutory appeal. *See* Tex. R. App. P. 42.1(d).

For these reasons, Appellant respectfully asks this Court to dismiss this interlocutory appeal.

November 5, 2025                                    Respectfully submitted,

**BUC-EE'S, LTD.**                                  **BECK REDDEN LLP**

Jason Fulton                                        */s/ Chris Dove*
State Bar No. 24040936                              Chris Dove
Jason.Fulton@buc-ees.com                            State Bar No. 24032138
Jeff Nadalo                                         cdove@beckredden.com
State Bar No. 24041559                              Geoff A. Gannaway
jeff@buc-ees.com                                    State Bar No. 24036617
11200 Broadway, Suite 2332                          ggannaway@beckredden.com
Pearland, TX 77584                                  Joel T. Towner
(346) 320-0179                                      State Bar No. 24083978
                                                    jtowner@beckredden.com
                                                    Fariha Jawed
                                                    State Bar No. 24125292
                                                    fjawed@beckredden.com
                                                    1221 McKinney Street, Suite 4500
                                                    Houston, TX 77010
                                                    (713) 951-3700
                                                    (713) 951-3720 – Fax

**ATTORNEYS FOR APPELLANT BUC-EE'S, LTD.**

2

## CERTIFICATE OF CONFERENCE

On November 5, 2025, counsel for Appellant emailed counsel for Appellee to inquire whether Appellee will oppose this motion. As of the close of business, Appellee has not yet responded.

Appellant presumes that Appellee will not oppose, because Rule 42.1(a)(1) allows an appellant to dismiss its own appeal without the consent of the appellee. However, Appellant will promptly update this Court if Appellee responds that it intends to oppose the motion.

/s/ Chris Dove
Chris Dove

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Laura Crain on behalf of Chris Dove
Bar No. 24032138
laura-crain-2391@ecf.pacerpro.com
Envelope ID: 107720371
Filing Code Description: Motion
Filing Description: Motion to Dismiss Interlocutory Appeal
Status as of 11/6/2025 7:02 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joel T.Towner | | jtowner@beckredden.com | 11/5/2025 5:49:03 PM | SENT |
| Geoff Gannaway | | ggannaway@beckredden.com | 11/5/2025 5:49:03 PM | SENT |
| Jason Fulton | 24040936 | jason.fulton@buc-ees.com | 11/5/2025 5:49:03 PM | SENT |
| LeElle Slifer | 24074549 | lslifer@winston.com | 11/5/2025 5:49:03 PM | SENT |
| Madison Haueisen | 24115369 | mhaueisen@winston.com | 11/5/2025 5:49:03 PM | SENT |
| Jervonne Newsome | 24094869 | jnewsome@winston.com | 11/5/2025 5:49:03 PM | SENT |
| Chris Dove | | cdove@beckredden.com | 11/5/2025 5:49:03 PM | SENT |
| Fariha Jawed | | fjawed@beckredden.com | 11/5/2025 5:49:03 PM | SENT |
| Denise Cherry, CP | | denise.cherry@buc-ees.com | 11/5/2025 5:49:03 PM | SENT |